1  JASON R. THORNTON, SBN 185637
ANDREA L. PETRAY, SBN 240085
**MARKS, GOLIA & FINCH, LLP**
ATTORNEYS AT LAW
3900 HARNEY STREET – FIRST FLOOR
SAN DIEGO, CALIFORNIA 92110-2825
TELEPHONE: (619) 293-7000
FACSIMILE: (619) 293-7362

Attorneys for Defendants I.E.-Pacific, Inc., and
St. Paul Fire and Marine Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF SHEPHERD & SONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>I.E. PACIFIC, INC., ST. PAUL FIRE & MARINE COMPANY, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO: 05-CV-02428-DFL (DAD)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>Assigned for all purpose to:<br>Hon. David F. Levi, Courtroom No. 7<br><br>Complaint Filed:  November 28, 2005<br>Trial Date:  June 18, 2007 |

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

IT IS STIPULATED by and among all parties to this action, through their counsel of record, that the above-captioned action be dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party to bear their own costs and attorneys' fees.

DATED: April __, 2007                MARKS, GOLIA & FINCH, LLP


By:_____
      JASON R. THORNTON
      ANDREA L. PETRAY
Attorneys for Defendants I.E.-Pacific, Inc., and St. Paul Fire and Marine Insurance Company

DATED: April __, 2007                MCINERNEY & DILLON, P.C.


By:_____
      William H. McInerney Jr., Esq.
      Alexander Bannon, Esq.
Attorneys for Plaintiff Shepherd & Sons, Inc.

<u>So Ordered</u>.   April 9, 2007


By:     /s/ David F. Levi
        Honorable David F. Levi

400.013/ALP502.dvg

MARKS, GOLIA & FINCH, LLP
3900 Harney Street
First Floor
San Diego, CA 92110
(619) 293-7000

2

STIPULATION FOR DISMISSAL                                           05-CV-02428-DFL (DAD)